# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4843
_____

GERRY L. PARKER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

August 2, 2019

PER CURIAM.

   AFFIRMED.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gerry L. Parker, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.